KRAMER LEVIN NAFTALIS & FRANKEL LLP

ALBERT B. CHEN
SPECIAL COUNSEL
PHONE 212-715-9412
FAX 212-715-9525
ACHEN@KRAMERLEVIN.COM

April 5, 2010

*Via ECF*

The Honorable Mark Falk
United States Magistrate Judge
United States District Court
U.S. Post Office & Courthouse Bldg.
1 Federal Square
Newark, New Jersey 01702

      Re:    *Graceway Pharmaceuticals, LLC et al. v.*
               *Nycomed US Inc. et al.*, 2:10-cv-937 (WJM) (MF)

Dear Judge Falk:

In light of the Plaintiffs submission of a proposed confidentiality order, Nycomed US Inc. hereby submits a counter proposal.

                                        Respectfully submitted,

                                        /s/ Albert B. Chen
                                        Albert B. Chen

cc:    Charles Stotter, Esq. (via ECF)
        Alice L. Riechers, Esq. (via ECF)

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000   WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE   75008 PARIS FRANCE

KL3 2770919.1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GRACEWAY PHARMACEUTICALS, LLC and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>        Plaintiffs,<br>   v.<br><br>PERRIGO COMPANY, PERRIGO ISRAEL PHARMACEUTICALS LTD., AND NYCOMED US INC.<br><br>        Defendants. | CIVIL ACTION NO. 2:10cv937 |

## CONFIDENTIALITY ORDER

This matter having been brought before the Court upon the application of the parties Graceway Pharmaceuticals, LLC, 3M Innovative Properties Company and Nycomed US Inc., the Court having considered the written proposals and the oral argument of counsel for these respective parties; and for other and good cause having been shown,

**IT IS** on this _____ day of _____, 2010

**HEREBY ORDERED** that for purposes of any preliminary injunction motion and hearing proceeding in this action, and until a superseding Protective Order issues in this action (the "Effective Period"), any documents or things produced in this action that are designated "Outside Attorneys Eyes Only" shall be (1) used by any receiving party only for purposes of this action, (2) made available only to experts of a receiving party that

KL3 2771430.1

have executed the undertaking attached to Appendix S of the Local Rules, and (3) made available only to outside counsel of any receiving party who have been previously identified in this action and who shall, during the Effective Period, neither work on nor communicate such designated information with those who work on (a) patent prosecution regarding any subject matter that could concern imiquimod cream, or (b) FDA submissions concerning another party's product.

_____

Hon. Mark Falk, U.S.M.J.